United States District Court
Southern District of Texas
**ENTERED**
July 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TERRY HOLLAND, | § | |
| Plaintiff, | § § § | |
| VS. | § § | 3:23-CV-176 |
| NEWREZ, LLC, *et al.*, | § § § | |
| Defendants. | § § § | |

## **STIPULATED DISMISSAL**

On July 13, the plaintiff filed a notice of voluntary dismissal under Rule 41(a)(1)(A)(i). Dkt. 8. The defendants, who have all answered, later filed a stipulation of consent to dismissal. Dkt. 9. Accordingly, the court recognizes a joint stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 18th day of July, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE